EXHIBIT 2

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

FEB 04 2022

CATHI EDWARDS, COURT CLERK

_____ DEPUTY

IN THE DISTRICT COURT OF ROGERS COUNTY
STATE OF OKLAHOMA

LINDA BURTON & CECIL BURTON, )
a married couple, )
)
Plaintiffs, )
vs. )
)
DOLLAR GENERAL and, or )
DOLGENCORP, LLC and )
DOLLAR GENERAL STORE #13474 )
a corporation, )
)
Defendant. )

Case No. CJ-2022-59

Honorable

JURY TRIAL DEMANDED

ATTORNEY'S LIEN CLAIMED

## PETITION

COMES NOW, the Plaintiffs, Linda Burton & Cecil Burton, a married couple, (hereinafter "Burton"), by and through their attorney of record, Gregory J. Denney, Esq. of GREGDENNEYLAW, PLLC, and for their causes of action against the Defendant, Dollar General and, or Dolgencorp, LLC and Dollar General Store #13474 (hereinafter "Dollar General"), would allege and state as follows:

1. Linda Burton was a business invitee, shopping at Dollar General, located at 8555 E. 590 Rd., Catoosa, Oklahoma 74015 on or about November 9, 2021.

2. Linda Burton fell over the rug, which was bunched up in front of the door on the inside of the store.

3. Linda Burton suffered damages because of Dollar General's breach of duty.

5. Plaintiff demands judgment against Defendant in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

1

WHISEFORE, premises considered, Plaintiff prays for judgment against Defendant in her causes for all damages, costs of this action, interest at the current statutory rate, attorney fees, and for all this relief this Court deems just and proper in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

Respectfully submitted:

_____
Gregory J. Denney, OBA No. 17918
Amanda L. Hinshaw, OBA No. 31086
GREGDENNEYLAW, PLLC
1204 South Cheyenne Avenue
Tulsa, OK 74119
(918) 295-0077 Telephone
(918) 295-8578 Facsimile
greg@gregdenneylaw.com
amanda@gregdenneylaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2022, a true and complete copy of the above and foregoing *Petition* was served by being deposited in the U.S. mail, with proper postage affixed thereon, and/or hand-delivered, via licensed process server to the following:

The Rogers County Court Clerk
200 S. Lynn Riggs Blvd.
Claremore, OK 74017

DOLGENCORP, LLC, Defendant
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

Gregory J. Denney, Attorney for Plaintiff