## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) LINDA BURTON and <br> 2) CECIL BURTON, <br>           a married couple, <br>                Plaintiffs, <br><br> vs. <br><br> 1) DOLLAR GENERAL and/or DOLGENCORP, LLC, and DOLLAR GENERAL STORE#13474, <br><br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 22-cv-00103-GKF-CDL <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., all parties to the above-captioned suit hereby stipulate that Plaintiffs' claims against Defendant be dismissed with prejudice with each party to bear its own costs and attorney's fees in connection with this matter.

Stipulated and agreed to by counsel having express authority on this 14th day of March, 2022.

Respectfully submitted,

| | |
|---|---|
| s/Gregory J. Denney | s/Gary W. Farabough |
| Gregory J. Denney, OBA No. 17918 | Gary W. Farabough, OBA No. 2816 |
| GREGDENNEYLAW, PLLC | PASLEY FARABOUGH and MOULEDOUX |
| 1204 South Cheyenne Ave. | P.O. Box 1687 |
| Tulsa, OK 74119 | Ardmore, OK 73402 |
| (918) 295-0077 Telephone | (580) 223-6766 Telephone |
| (918) 295-8578 Facsimile | (580) 223-1776 Facsimile |
| greg@gregdenneylaw.com | gfarabough@gmail.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |